UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EUGENE R. LAMPRECHT,

    Plaintiff,

  v.

HAL NEDERLAND, *et al.*,

    Defendants.

DENNIS L. TAYLOR,

    Plaintiff,

  v.

HAL NEDERLAND, *et al.*,

    Defendants.

Case No. C04-0166L

ORDER OF CONSOLIDATION

This matter comes before the Court on motions for consolidation filed by plaintiff Eugene Lamprecht (Dkt. #33 in Case No. CV04-166) and Dennis Taylor (Dkt. #30 in Case No. CV04-167). Plaintiffs request that the two cases, both pending before this Court, be consolidated for all purposes. Defendants do not oppose the motions. The Court finds that consolidation is appropriate; both motions to consolidate are GRANTED.

ORDER OF CONSOLIDATION - 1

1    The cases shall be consolidated for all purposes, including trial. All documents hereafter
2 filed in these cases shall be filed and docketed under Case No. CVO4-166L.
3    The Court's staff will contact counsel to schedule a telephone conference to discuss
4 scheduling issues.

     DATED this 31st day of October, 2005.


                                          /s/ Robert S. Lasnik
                                          Robert S. Lasnik
                                          United States District Judge

ORDER OF CONSOLIDATION - 2